# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DAWNITA CONTRERAS, ) | Case No.: 1:25-cv-01242-FRS (SKO) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING |
| ) | SCHEDULE |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | (Doc. 15) |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the stipulation and unopposed motion of the parties (Doc. 15), and for cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED that the briefing schedule set forth in the Court's Scheduling Order (Doc. 5) is amended such that:

1. Plaintiff's deadline to file the Motion for Summary Judgment is extended by thirty (30) days to **March 2, 2026**;

2. Defendant's Opposition and Cross Motion is due **April 1, 2026**; and

3. Plaintiff's optional reply is due **April 15, 2026**.

IT IS SO ORDERED.

Dated: __**January 30, 2026**__        ___/s/ *Sheila K. Oberto*___
UNITED STATES MAGISTRATE JUDGE

-1-