# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

VALERIE DAWNITA CONTRERAS    )    Case No.: 1:25-cv-01242-FRS (SKO)
                            )
        Plaintiff,          )    ORDER EXTENDING BRIEFING
v.                          )    SCHEDULE
                            )
FRANK BISIGNANO,            )    (Doc. 17)
Commissioner of Social Security    )
                            )
                            )
        Defendant.          )
                            )

Based upon the second stipulation and unopposed motion of the parties (Doc. 17), and for cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that the briefing schedule is amended as follows:

Plaintiff's Motion for Summary Judgment due: April 1, 2026;

Defendant's Cross-Motion due: May 1, 2026; and

Plaintiff's optional reply due: May 15, 2026.

IT IS SO ORDERED.

Dated:   **March 4, 2026**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

-1-